United States District Court
Middle District of Florida
Jacksonville Division

SAMUEL WILLIAM MILLER,

    *Plaintiff,*

v.                                          **NO. 3:26-cv-25-WWB-PDB**

UNITED STATES OF AMERICA,

    *Defendant.*

## Order

The court **grants** the plaintiff's unopposed motion for access to the Electronic Case Filing (ECF) system, Doc. 26. He may access ECF at the court's website, www.flmd.uscourts.gov, after obtaining a login and password. He must have the following resources to fully access ECF: internet access, an e-mail account, PDF capabilities, and a PACER account. ECF access is limited to this case.

Information about registering for an ECF account and electronic filing is on the court's website and attached to this order. The plaintiff must become familiar with, and follow, the policies and procedures in the *Administrative Procedures for Electronic Filing*, which are also on the court's website. Clerk's office personnel are available to answer specific questions during hours the clerk's office is open.

**The plaintiff is warned that the privilege to use ECF will be suspended or revoked without further proceedings if its use is abused by the filing of improper papers, frivolous motions, or otherwise.**

Future filings must comply with the Local Rules, including Local Rule 1.09, which requires "Unopposed" in the title of an unopposed motion.

**Ordered** in Jacksonville, Florida, on May 11, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*

Attachment:
Non-Attorney E-File Registration

Copy to:
Samuel William Miller
1215 East 12th Street
Jacksonville, FL 32206